# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PATRICK SMITH : | |
| Plaintiff : | |
| v : | Civil Action No. RDB-06-3235 |
| USDC : | |
| Defendant : | |

o0o

## MEMORANDUM OPINION

The above-captioned complaint was filed November 30, 2006, seeking documents pursuant to the Federal Freedom of Information Act.  Paper No. 1.  Plaintiff seeks information regarding a criminal case against J. Christopher Llinas.  *Id.*, *see also United States v. Apostolopoulos et al.*, Crim. Case No. RDB-05-0322 (D. Md. 2005).   Because the Freedom of Information Act has no applicability to this Court, the request must be denied.  *See* 5 U.S.C. § 551(1)(B).

To the extent that the pleading may be construed as a Motion for Copywork at the Government's Expense, it will be granted in part.  The docket entries concerning the criminal case involving Mr. Llinas shall be provided to Plaintiff.

A separate Order follows.


December 7, 2006                                /s/
Date                                                          RICHARD D. BENNETT
                                                                 UNITED STATES DISTRICT JUDGE